UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br>      Plaintiff,<br>  v.<br>JEFFERSON COUNTY, a County in the State of Montana,<br>      Defendant. | NO.   2:25-00289-RSM<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

  THE PARTIES above named, through their attorneys Russell J. Reid of Reid, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Susan K. Stahlfeld of Miller Nash LLP, attorneys for Defendant, Jefferson County, hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

  DATED this 9th day of May, 2025.

| | |
|---|---|
| REID, BALLEW & LEAHY, L.L.P. | MILLER NASH LLP |
| | |
| *s/Russell J. Reid* | *s/Susan K. Stahlfeld* |
| Russell J. Reid, WSBA #2560 | Susan K. Stahlfeld, WSBA #22003 |
| Thomas A. Leahy, WSBA #26365 | |
| 100 West Harrison Street, N. Tower #300 | 605 5th Avenue S, Ste. 900 |
| Seattle WA 98119 | Seattle WA 98104 |
| (206) 285-0464 | (206) 777-7510 |
| Emails: rjr@rmbllaw.com; tom@rmbllaw.com | Email: susan.stahlfeld@millernash.com |
| | |
| Attorney for Plaintiff | Attorney for Defendant |

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

ORDER ENTERED this 12th day of May, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE